FILED BY _____ D.C.

05 JUL 21 AM 10: 19

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

VS.

RANDY ODUM

No. 05-20054

Defendant.

## ORDER ON MOTION TO CONTINUE REPORT DATE

Before this Honorable Court is Defendant's Motion to the Report Date of July 22, 2005. It appearing to this Court that counsel's Motion is well taken;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendant's request to continue the report date is granted and will be continued to August 26, 2005 at 9:00 a.m.

Entered this the 21 day of July, 2005.

United States District Court Judge
The Honorable Jon Phipps McCalla

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-21-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:05-CR-20054 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT